## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOLOGIC, INC., a Delaware corporation; and CYTYC SURGICAL PRODUCTS, LLC, a Massachusetts limited liability company,<br><br>      Plaintiffs,<br>  v.<br><br>MINERVA SURGICAL, INC., a Delaware corporation,<br><br>      Defendant. | C.A. No. 20-925-JFB-SRF |

**JOINT MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTE**

  Plaintiffs Hologic, Inc. and Cytyc Surgical Products, LLC (collectively, "Hologic") and Defendant Minerva Surgical, Inc. ("Minerva") respectfully move this Court to schedule a teleconference to address outstanding disputes regarding the following discovery matters:

- As Minerva advised the Court in D.I. 57, on January 8, 2021, the Supreme Court granted Minerva's Petition for a writ of certiorari in *Hologic, Inc. et al v. Minerva Surgical, Inc.*, C.A. No. 15-1031-JFB-SRF (the "First Action") relating to the assignor estoppel issue. In view of the effects that the Supreme Court's decision may have on this case, which involves the same patent-in-suit, Minerva will seek to stay this action pending the exhaustion of the appeal process in the First Action. By this motion, Minerva seeks a protective order preventing the depositions of its witnesses (Dave Clapper; Dominique Filloux; Eugene Skalnyi; and Csaba Truckai) pending resolution of its forthcoming motion to stay this case.

  The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by telephone on January 12, 2020:

-2-

Delaware Counsel:

- Karen L. Pascale, attorney for Hologic
- Ian Liston, attorney for Minerva

Lead Counsel:

- Marc Cohn, attorneys for Hologic
- Olivia M. Kim, attorneys for Minerva

The parties are available for a teleconference on the following dates:

- Tuesday, January 19, 2021;
- Thursday, January 21, 2021; and
- Friday, January 22, 2021

DATED: January 12, 2021

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR LLP** | **WILSON SONSINI GOODRICH & ROSATI PC** |
| */s/ Karen L. Pascale* | */s/ Ian R. Liston* |

<div style="columns:2">

**YOUNG CONAWAY STARGATT & TAYLOR LLP**

*/s/ Karen L. Pascale*
Karen L. Pascale (#2903)
Pilar Kraman (#5199)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
kpascale@ycst.com
pkraman@ycst.com

Marc A. Cohn
William O. Young, Jr.
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave., NW
Washington, DC 20001
Telephone: (202) 942-5000
marc.cohn@arnoldporter.com
william.young@arnoldporter.com

Ryan J. Casamiquela
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone: (415) 471-3100
ryan.casamiquela@arnoldporter.com

Assad Rajani
**ARNOLD & PORTER KAYE SCHOLER LLP**
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306
Telephone: (650) 319-4500
assad.rajani@arnoldporter.com

*Attorneys for Plaintiffs Hologic, Inc. and Cytyc Surgical Products, LLC*

**WILSON SONSINI GOODRICH & ROSATI PC**

*/s/ Ian R. Liston*
Ian R. Liston
222 Delaware Avenue, Suite 800
Wilmington, DE 19801
Telephone: (302) 304-7606
iliston@wsgr.com

Vera M. Elson
**WILSON SONSINI GOODRICH & ROSATI PC**
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
velson@wsgr.com

Edward G. Poplawski
Olivia M. Kim
Erik J. Carlson
**WILSON SONSINI GOODRICH & ROSATI PC**
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071
Telephone: (323) 210-2900
epoplawski@wsgr.com
okim@wsgr.com
ecarlson@wsgr.com

*Attorneys for Defendant Minerva Surgical, Inc.*

</div>